FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOM SHIREY,<br><br>    Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Virginia corporation,<br><br>    Defendant. | No. 2:19-cv-00114-SAB<br><br>**ORDER ENTERING STIPULATION OF VOLUNTARY DISMISSAL** |

    Before the Court is a joint Stipulated Motion for Dismissal with Prejudice, ECF No. 10. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties move to dismiss this case with prejudice. The Court finds good cause to accept the notice and enter it into the record.

//
//
//
//
//
//
//
//

**ORDER ENTERING STIPULATION OF VOLUNTARY DISMISSAL ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The joint Stipulated Motion for Dismissal with Prejudice, ECF No. 10, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 27th day of September 2019.



_____
Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION OF VOLUNTARY DISMISSAL ~ 2**